# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

v.                                                          Case No.  4:14cr58-MW/CAS

**ORMAN CURTIS WEATHERSPOON,**
Reg. No. 61313-018,

    **Defendant.**
_____/

# ORDER ACCEPTING AND ADOPTING
# REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 375.  Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.[1]  The Clerk shall enter judgment stating, "The motion to vacate, set aside,

---

[1] This Court acknowledges there are some typographical errors in the report which do not impact the recommendation or this Court's decision.  For example, on page four, the Report and Recommendation indicates that Defendant had a criminal category of "VII."  ECF No. 375 at 4.  There is, of course, no such thing as a criminal category "VII."  Defendant had a criminal category of IV.

1

or correct sentence, ECF No. 362, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on March 9, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**